UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                   :
FRANKIE MONEGRO,                              :
                             Plaintiff,              :
                -against-                    :             21 Civ. 4626 (LGS)
                                                                  :
TRAFFIC SAFETY STORE, INC.               :             <u>ORDER</u>
                                     Defendant.       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for August 12, 2021. Dkt. No. 13.

WHEREAS, on August 2, 2021, the parties filed a joint letter and proposed case management plan. Dkt. No. 12.

WHEREAS, on August 4, 2021, Defendant filed a pre-motion letter in anticipation of a motion to dismiss (Dkt. No. 14), and on August 9, 2021, Plaintiff filed a responsive letter seeking leave to file an amended complaint (Dkt. No. 15). It is hereby

**ORDERED** that, by **August 24, 2021**, Plaintiff shall file any amended complaint. It is further

**ORDERED** that, by **August 27, 2021**, Defendant shall file any pre-motion letter in anticipation of a motion to dismiss the operative complaint and shall include a jointly proposed briefing schedule for any such motion. It is further

**ORDERED** that, by **August 30, 2021**, Plaintiff shall file a responsive letter, addressing the merits of Defendants' anticipated motion. It is further

**ORDERED** that, the initial conference is **ADJOURNED to September 2, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate but the parties shall be prepared to being at the scheduled time. Any anticipated motion to dismiss will be discussed during the initial conference.

Dated: August 10, 2021
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**